# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-18-90-GF-BMM-4 |
| vs. | |
| WILLIAM JAMES OUTTEN, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 4, 2021. (Doc. 204.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 2, 2021. (Doc. 202.) The United States accused Outten of violating his conditions of supervised release by committing two separate crimes. (Doc. 201.)

At the revocation hearing, Outten admitted that he had violated the conditions of his supervised release by committing one of the burglaries alleged in violation 1. The Court dismissed alleged violation 2 on the government's motion.

(Doc. 202.) Judge Johnston found that the violation Outten admitted proved to be serious and warranted revocation, and recommended that Outten receive a custodial sentence of 8 months, with 28 months of supervised release to follow. He recommended Outten should serve his term of custody at the Federal Detention Center in SeaTac, Washington.  (Doc. 204.)  The violations prove serious and warrant revocation of Outten's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 204 ) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant William James Outten be sentenced to the custody of the United States Bureau of Prisons for 8 months, with 28 months of supervised release to follow.  Outten should receive credit for time served since September 23, 2020.  Outten should serve his term of custody at the Federal Detention Center in SeaTac, Washington.  While on supervised release, Outten should be required to complete all alcohol treatment programs recommended by his probation officer.

DATED this 19th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court